ANTHONY J. SAVINO, Appellant, v BRADFORD CENTRAL SCHOOL DISTRICT, Respondent. — Order unanimously affirmed, with costs, for reasons stated at Special Term, Ellison J. (Appeal from order of Supreme Court, Chemung County, Ellison, J. — dismiss complaint.) Present — Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.